# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
 ) Case No. 3:21MJ75
Priority Mail Tracking Number )
9505512502221051354551 postmarked February 20, )
2021 )

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505512502221051354551, addressed to Amanda Young 9661 Foxhound dr Apt 1c Miamisburg, OH 45342 with a return address of Derek Becker 981 Oak st Tucson, AZ 85711.

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: 03/02/2021 _____
*Judge's signature*

City and state: Dayton, OH United States Magistrate Judge
*name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505512502221051354551 | Case No. __3:21MJ75__<br><br>**Filed Under Seal** |

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. In February 2021, I received notification from the Miamisburg Post Office, that a Priority Mail Express Package had arrived damaged with its contents spilling out. The package in question was a Priority Mail Express Package, tracking number EJ606393307US, addressed to "Amanda Young 9661 Foxhound Dr Unit 1C Miamisburg, OH 45342" with a return address of "Johnathan Decker 9816 E Oak st Tucson, AZ 85711." The contents of the package included a container designed for a child which contained a plastic baggie with several round, blue pills stamped consistent with Oxycodone. Through prior law enforcement training and experience, I know that this is not a legal method of sending prescription pills and was not properly packaged as such. Additionally, through training and experience, I am familiar with blue-colored fentanyl being pressed into a pill form and stamped to look like Oxycodone. The Priority Mail Express Package and its contents were seized and the pills were submitted to a laboratory for testing. Lab test results are still pending.

4. Based on the seized package referenced above, Postal Inspectors were monitoring for packages destined for this 9661 Foxhound Drive address. On March 1, 2021, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is a Priority Mail flat rate box, bearing tracking number 9505512502221051354551, postmarked February 20, 2021, with the following address information:

                **Sender:**    Derek Becker
                                  981 Oak st
                                  Tucson, AZ 85711

> Addressee: Amanda Young
> 9661 Foxhound dr Apt 1c
> Miamisburg, OH 45342

Through training and experience as a Postal Inspector, I know that Southern Arizona is known drug source location.

5. I performed a check in CLEAR database for the addressee's information on the Package of "Amanda Young 9661 Foxhound dr Apt 1c Miamisburg, OH 45342." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is a "Amanda Young" associated with 9661 Foxhound Dr, Apt 1C, Miamisburg, OH 45342.

6. I also performed a check in CLEAR for the sender's information listed on the Package of "Derek Becker 981 Oak st Tucson, AZ 85711." According to CLEAR, there is no "Derek Becker" associated with 981 Oak St, Tucson, AZ.

7. On March 2, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Weston." As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

8. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, (ii) the evidence seized from the prior Priority Mail Express Package, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

//

//

//

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

*[signature]*

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this __2__ day of __March__, 2021.

*[signature]*

_____
HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE